NHUT LE; Chai M. Le, Plaintiffs–
Appellants

United States of America, Plaintiff

v.

WELLS FARGO BANK, N.A.; Schiller
& Adam, P.A.; James J. Pauly; Divine
N. Difongwa, Defendants–Appellees

Sidney Jintara Yang; Wells Fargo
& Company, Defendants

Rebecca Schiller; Sarah J.B. Adam;
Jeffrey D. Klobucar, Defendants–
Appellees.

No. 14–2152.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 6, 2015.

Filed: March 13, 2015.

Nhut Le, argued, Maplewood, MN, pro
se.

Chai M. Le, argued, Maplewood, MN,
pro se.

Rebecca F. Schiller, Curt N. Trisko,
Schiller & Adam, Saint Paul, MN, Ellen B.
Silverman, Hinshaw & Culbertson, Minne-
apolis, MN, for Defendants–Appellees and
Defendants.

1. The Honorable Susan Richard Nelson, Unit-
ed States District Judge for the District of
Minnesota, adopting the report and recom-
mendations of the Honorable Jeffrey J. Keyes,
United States Magistrate Judge for the Dis-
trict of Minnesota.

Before MURPHY, BOWMAN, and
SHEPHERD, Circuit Judges.

PER CURIAM.

Nhut Le and Chai M. Le appeal from
the order of the District Court[1] dismissing
their complaint. Following careful de
novo review, we agree with the District
Court that the Les' complaint—which was
devoid of factual allegations and contained
only conclusory legal theories about impro-
prieties surrounding the foreclosure sale of
their home and the underlying loan-related
documents—failed to state a claim upon
which relief could be granted. *See* Fed.
R.Civ.P. 12(b)(6); *see also Ashcroft v. Iq-
bal,* 556 U.S. 662, 678, 129 S.Ct. 1937, 173
L.Ed.2d 868 (2009) ("To survive a motion
to dismiss, a complaint must contain suffi-
cient factual matter, accepted as true, to
'state a claim to relief that is plausible on
its face.'" (citation to quoted case omit-
ted)); *Bell Atlantic Corp. v. Twombly,* 550
U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d
929 (2007); *Topchian v. JPMorgan Chase
Bank, N.A.,* 760 F.3d 843, 848 (8th Cir.
2014) (standard of review). We have con-
sidered the Les' other arguments for re-
versal and find them to be without merit.
We therefore affirm the judgment of the
District Court.